IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.M., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MONTGOMERY COUNTY INTERMEDIATE UNIT | : | NO. 17-1583 |

ORDER

AND NOW, this 26th day of March, 2018, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of plaintiffs for attorneys' fees and costs (Doc. # 15) is GRANTED; and

(2) plaintiffs are awarded $97,895 in attorneys' fees, $400 in costs, and $3,200 in expert fees, for a total award of $101,495.

BY THE COURT:

/s/ Harvey Bartle III
J.